**Allen Ray JOHNSON, Petitioner— Appellant,**

v.

**Joseph M. BROOKS, Respondent— Appellee.**

**No. 04–7622.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 28, 2004.

Allen Ray Johnson, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Allen Ray Johnson appeals the district court's order dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).\* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Brooks,* No. CA-04-91-2 (E.D.Va. Sept. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

\* Although a dismissal without prejudice generally is not appealable, we have jurisdiction in this case because "the grounds of the dismissal make clear that no amendment could cure the defects in the plaintiff's case." *Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066 (4th Cir.1993) (internal quotation marks and citation omitted).